```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT        :
COUNCIL OF CARPENTERS PENSION FUND,           :
WELFARE FUND, ANNUITY FUND, AND               :
APPRENTICESHIP, JOURNEYMAN RETRAINING,        :     21-CV-9408 (JMF)
EDUCATIONAL AND INDUSTRY FUND et al.,         :
                                              :     ORDER
                       Petitioners,           :
                                              :
              and                             :
                                              :
                                              :
VREX CONSTRUCTION INC.,                       :
                                              :
                       Respondent.            :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On November 15, 2021, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **November 30, 2021**. Respondent's opposition, if any, is due on **December 14, 2021**. Petitioners' reply, if any, is due **December 21, 2021**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents electronically and by overnight mail no later than **November 30, 2021**, and shall file an affidavit of such service with the court no later than **December 1, 2021**.

SO ORDERED.

Dated: November 16, 2021
       New York, New York

_____
JESSE M. FURMAN
United States District Judge