UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, and the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS, | 21 CV 9408 (JMF)  **JUDGMENT** |
| Petitioners, | |
| -against- | |
| VREX CONSTRUCTION INC., | |
| Respondent. | |

The Petitioners having filed a petition to confirm an arbitration award (the "Petition"), and the action having come before the Court and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the arbitration award is confirmed, and judgment is entered in favor of Petitioners and against Respondent as follows:

1. Awarding Petitioners $1,044,163.52 against Vrex Construction Inc., pursuant to the October 6, 2021 arbitration award, plus interest from the date of the Award through the date of judgment with interest to accrue at the annual rate of 5.25% pursuant to the Award;

2. Awarding Petitioners $77 in court costs and service fees arising out of the proceeding;

3. Awarding Petitioners $1,460 in attorney's fees arising out of the proceeding; and

4. Awarding Petitioners post-judgment interest at ~~the statutory rate~~. a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment.

Dated: New York, New York
     January 4, 2022

By: _____
U.S.D.J.

The Clerk of Court is directed to close this case. All conferences are canceled. All motions are moot.